■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE WITTAKER, Also Known as WAYNE WHITTAKER, Appellant.—Appeal by the defendant from two judgments of the County Court, Nassau County (Mackston, J.), both rendered July 20, 1989, convicting him of criminal possession of a weapon in the third degree under Indictment No. 63825 and manslaughter in the first degree under Indictment No. 65672, upon his pleas of guilty, and imposing sentences.

Ordered that the appeals are dismissed.

The record supports the conclusion that the defendant understood the significance of his waivers of his right to appeal, and knowingly and voluntarily gave the waivers in order to obtain favorable plea agreements. At no time before the instant appeal did the defendant contest or attempt to withdraw his pleas (People v Ricciardi, 121 AD2d 407, 408) with the result that the waivers will be enforced (see, People v Seaberg, 74 NY2d 1, 11-12).

In any event, the defendant received the sentences that he bargained for, so that he has no reason to complain that the sentences imposed were excessive (see, People v Kazepis, 101 AD2d 816, 817). Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FERNANDO AGUIRRE, Appellant, v CHARLES SCULLY, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Bernhard, J.), dated February 28, 1990, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

We have reviewed the record and agree with the petitioner's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.